# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **DOCKET NO: 3:13cr72/3:17cr9** |
| **V.** ) | **ORDER** |
| ) | |
| **DOMINIQUE LEVON FUNDERBURK** ) | |
| _____ ) | |

This **MATTER** is before the court upon motion of the defendant's Counsel requesting this Court to authorize to Consolidate Cases 3:13cr72 and 3:17cr9.

Case 3:13cr72 is assigned to District Court Chief Judge Frank D. Whitney and case 3:17cr9 is assigned to District Court Judge Robert J. Conrad, Jr. In the interest of efficiency for all parties and court personnel, the Court will consolidate both cases with District Court Chief Judge Frank D. Whitney.

Further, it is ORDERED that the defendant's motion is GRANTED.

Signed: April 10, 2017

_____
Frank D. Whitney
Chief United States District Judge